No. 99–5800. COOLIDGE *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 99–5803. RELIFORD *v.* DALE COUNTY DEPARTMENT OF HUMAN RESOURCES ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–5812. BILLUPS *v.* WOODARD ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–5814. JOHNSON *v.* HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–5818. WELLS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–5825. ESTRADA *v.* CORNYN, ATTORNEY GENERAL OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–5826. HEIDELBERG ET AL. *v.* ILLINOIS PRISONER REVIEW BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–5828. DUNN *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5833. SPEARS *v.* MARSH ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–5841. DICKERSON *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–5842. DANIELS *v.* LINDSEY. C. A. 5th Cir. Certiorari denied.

No. 99–5847. GUILFOYLE *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 99–5848. DAVIS *v.* CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–5849. WILLIAMS *v.* COMMUNITY BANK/NATIONSBANK. C. A. 5th Cir. Certiorari denied.